United States District Court
Southern District of Texas
**ENTERED**
March 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Tamirian Omarove, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 4:25-cv-6037 |
| v. | § § § | |
| Kristi Noem., | § § § | |
| *Defendant*. | § | |

## ORDER OF NON-COMPLIANCE AND RESETTING RULE 16 CONFERENCE

By order dated December 16, 2025, this Court set the case for an initial scheduling conference on March 18, 2026. Proof of timely service of the Defendant(s) has not been filed with the Court. If proof of service is not filed by April 15, 2026, this case may be dismissed. *See* Fed. R. Civ. P. 4(m) (requiring defendant(s) to be served within 90 days after the filing of the complaint).

It is therefore **ORDERED** that the initial scheduling conference is hereby **RESCHEDULED** for :

**May 6, 2026**
at 11:00 a.m.
by Zoom.

The parties are reminded that they <u>must confer</u> per Fed. R. Civ. P. 26(f) and submit the Joint Discovery Case Management Plan to this Court at least <u>ten days</u> before the conference date. Failure to comply may result in sanctions, including dismissal of the action and assessment of fees and costs.

Signed on March 15, 2026, at Houston, Texas.

*Dena Palermo*
_____
Dena Hanovice Palermo
United States Magistrate Judge